AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Andrew Michael Cavanaugh | ) Case: 1:21-mj-00306 |
| (AKA: Andrew Cavanaugh) | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 3/15/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Michael Cavanaugh ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   03/15/2021

Zia M. Faruqui
2021.03.15 16:41:13
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/15/2021 , and the person was arrested on *(date)* 03/16/2021
at *(city and state)* BOZEMAN, MONTANA .

Date:  03/16/2021

*Arresting officer's signature*

MATTHEW J. DEURMEIER, SPECIAL AGENT
*Printed name and title*