**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-362 (APM)** |
| | **:** | |
| **ANDREW MICHAEL CAVANAUGH,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ADDENDUM TO GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits an amendment to its sentencing recommendation as stated in the government's June 3, 2022, sentencing memorandum.  (EFC No. 33.)  The government recommends that this Court sentence the defendant, Andrew Michael Cavanaugh, to 30 days' incarceration, **36 months' probation**, and $500 restitution.  The government's initial recommendation called for 24 months' probation rather than 36 months.  A recommendation of 30 days' incarceration and **36** months' probation is consistent with the government's sentencing recommendations for similarly-situated Capitol Riot defendants.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ *Kathryn E. Fifield*
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
Detailed to the D.C. U.S. Attorney's Office
601 D Street, N.W.
Washington, DC 20530
Kathryn.Fifield@usdoj.gov
(202) 320-0048