Christine Elizibeth Cigoli
Date 25/07/2022
Presiding Judge/Presiding Magistrate
Character Reference for Andrew Cavanaugh

Honourable Judge,

My name is Christine Cigoli. I am the little sister of Andrew Cavanaugh. Thank you for taking the time to read this letter in consideration of the charges against my brother. Andrew was always the most protective and supportive older brother a girl could have. There are so many situations throughout my life that my brother sacrificed for me. I have always looked up to my brother and could count on him for any situation I needed him. He is reliable, honest and caring.

My brother has done exceptional things in life. He had a wonderful and successful career in the U.S Marines. He answered the call after 9/11 with no questions asked. He wanted to serve the country he loves. He guarded and protected Presidents, Senators, Congressmen and women across both party lines. He is trustworthy and of high morals and ethics stemming from deep rooted convictions and faith. My brother is an American Hero and personal Hero of mine. At a time when very few believed in a dream I had to open my own coffee shop, my brother believed in me. He funded my business with every dime he made from the blood, sweat and tears he gave in combat. This is the character of Andrew Cavanaugh. He is a man that lays down his life for his friends and countrymen.

I hope my letter helps you see the character of Andrew Cavanaugh. The protector of the innocent, the wonderful loving doting father, the encouraging reliable brother, the American Hero. Thank you for your time and consideration.

Regards,

Christine Cigoli



The Honorable Amit Mehta
United States District Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

I have been made aware that Andrew Cavanaugh has pleaded guilty to misdemeanor charges related to the events that took place on January sixth, 2021. I have known Andrew since April of 2006, he was my squad leader at Kaneohe Bay Marine Corps base, Hawaii. We were both Marines serving in 2nd Battalion 3rd Marine division. During that time he was charged with training and preparing us for our upcoming deployment to Iraq, for which we departed in September of that year. Andrew had the option of choosing other duties, as he already served his time on deployment, but decided to deploy with us.

 During and after that first deployment, Andrew and I became friends.  He has a strong sense of duty, he is loyal to his friends and family, and committed to serving his Country. We have always stayed in touch through the years, and he has kept me informed of new developments in his life. He his married with children and is a devoted family man.

 I sincerely believe that Andrew regrets participating in the events of the aforementioned day, and I am sure that he will not do something like that again. I was surprised to hear about this from him, as it is completely out of character for him. I support him as a friend, and truly hope for a positive outcome on this, and wish him the best in the future.

Wayne Soued

To the honorable court,

I have had the pleasure of working with Andrew M Cavanaugh. He is professional, hard working, and an honest man who has served his country in great honor. Andrew thrives with his loyalty to doing what is right and protecting America, his community, as well as anyone around him. His loyalty and honesty makes him a great teacher. I had the amazing opportunity to take his concealed safe carry class, with many others, and learned not only the safety of firearms along with proper training but also the importance of defending others in harm's way. Andrew takes great pride in keeping others safe and informed. As a professional, he was wonderful to learn from, honest about the reality of a weapon and what can happen if it's in the wrong hands. With great pleasure I will gladly work with Andrew anyday and pray for justice in your court.


Respectfully,
Samantha M Troy



To Whom It May Concern,

This is a character letter to describe the type of person we find Andrew to be.

We have been close family friends for many, many years. We have always found Andrew to be an upstanding citizen. Andrew has always been very proud to serve his God and Country as a Marine- a leader and a friend.  He is one of the strongest, proudest, kindest people we have met.

Andrew is a wonderful family man. He openly loves his wife and children ( he is a great provider for them) as well as his parents and siblings.

If anyone needs a helping hand- Andrew is the first to offer to help. We are very proud to call Andrew our friend!

Respectfully,   Karen Parker

June 9, 2022

To: Your Honorable Judge of the Courts.

My name is Joseph Vincent Molina Poquiz. I am a former Navy Fleet Marine Force Corpsman that personally served with Cpl. Andrew Cavanaugh and I served with 2nd Battalion, 3rd Marines Golf Company where we were deployed to Haqliniyah, Iraq from September 11, 2006 to April of 2007. During that time we were engaged in the last of the house to house fighting in Iraq. He served as a leader over his Marines and took care of his men.

The characteristics of this man that I speak of demonstrates not only what he was trained with but what he truly believes and that is "God, family, and country." I have personally seen this man go out of his way in hard times to be with his men and take care of their families. At the end of our tour, we lost more than 23 men and had over 300 men in our battalion wounded.

Men like Corporal Cavanaugh are men that believe in the traditions of our country and are willing to step up at a moment's notice, just as he did when our Nation was under attack. I believe the actions of CPL. Cavanaugh's actions are that of a man that did what he felt was part of our core traditions of honor, courage and commitment.

He strived to do his part of honor for his country and to have the courage to step up in the moment because he was and is committed to having democracy over our nation. Who you have standing before you is a man of honor.

I have recently met with Andrew Cavanaugh at a Marines reunion in Ohio August of 2021, as I was invited there to preach to my men and pray with their families. I have prayed with him and know there is a calling of boldness over him. Once he transitions into his shepherd calling, you will see a man that doesn't fit those things that he is being accused of. I ask your honor to pardon Mr. Cavanaugh so he can continue on with his freedom and his calling in God.

Very Respectfully,

Joseph Poquiz

retired United States Navy, purple heart veteran.

EXTERNAL SENDER

**Character Reference for Andrew Cavanaugh**

My name is Jared Kreiser I'm writing in regards to the personal character of Andrew Cavanaugh.

I have known Andrew for the last 16 plus years and I can describe him with many words...Honorable, Heroic, Passionate and Honest are just a few of them.

I had met Andrew in 2006 after he came home from his Tour in Afghanistan.  Andrew served as a Squad Leader in an infantry platoon.  Andrew was training his Squad for their first tour in Iraq and now his second tour.

Andrew's job was a very stressful one and held a lot of responsibility.  He was in charge of twelve other Marines making sure of their safety, well being and he never wanted excuses only actions.  And he trained them knowing that they could always count on each other no matter what.

Andrew has proved himself time and time again that he was the right Marine for the job.  And went above and beyond many times in combat and at home.

Andrew was one of the Marines with the Quick Reaction Force the helped me get to safety the day I was severely wounded.   I credit Andrew for helping save my life that day, but I also know he lost a little bit of himself too.

Andrew and I aren't only friends, we are Brothers bonded by what only few can understand or do.  And even after the Marine Corps we still hold that bond.

Our tour in Iraq was not easy.  We lost 23 Marines and had over 180 wounded and years later we lost more to the Battle at home with PTSD.  Of all these Marines we lost, most were Andrew's friends and that way's heavy on his soul.

Andrew has always been there for me.  We have met up numerous times over the years and it's like no time has gone by.  He has driven and flown thousands of miles just to see me.  If I ever needed him he would drop everything and be there.

Andrew has fought through a lot over the years.  I have been there through most of them.  Some good decisions and some bad, and he will always own up to the bad.  He has fought a lot to keep his head above water with everything thrown at him.  And as his friend and brother I wish I could take a lot of that pain away.

He is one of the strongest human beings I know. There has been a lot of late night phone calls, tears and laughter.  But I have never trusted a man as much as I trust him.  It's truly an honor for me to call Andrew Cavanaugh my friend and Brother.

So if you want to ask me about who he is and his Character....SEMPER FIDELIS.

CPL. Jared Kreiser USMC RET.

John P. Cavanaugh Jr.

Date 25/07/2022
Presiding Judge/Presiding Magistrate
Character Reference for Andrew Cavanaugh

Your Honour,

Thank you for taking the time to read my letter about the man I know as my son, Andrew Cavanaugh. My name is John Cavanaugh. From a small child Andrew has always been a leader and person of great character. Throughout his military career as a U.S Marine he was well respected as a great Sargeant who led men well. He served in two theaters of war including Afghanistan and Iraq where my son almost lost his life for the country he loves. Andrew went on to serve as Marine Security Guard where he protected President Bush and President Barack Obama. Andrew is a man of integrity and honor. He loves the USA, its people and its institutions. He has never wavered to his oath to the US constitution and never will. That is not the kind of man he is. He is a loving and caring man, brother, husband and father who his mother and I are proud to call our son. He believes that every human being on this planet is equally important as he showed in his service and friendships he made all over the world while representing and serving in the United States Marines.

My son has never been a man of violence. He is known for his lightness, sense of humor and as the protector. He believes in safety and protecting human life. He has spent his whole life showing his care not just in words, but in acts of kindness. Showing care for those whom most would look past. He is a man of sacrifice as he has shown in his giving of time and money. After the war, when most went on to spend their money on cars and clothes, my son invested all he had from war in his little sister's business. Together they opened a coffee shop that is still a successful family owned business 14 years later. He later opened a training facility to teach the public about gun safety.. My son has saved lives, protected lives and positively impacted countless people throughout his life. I hope you will consider the life of sacrifice my son has lived in your decision today.

Thank you for your time and consideration. God Bless you and God Bless the U.S.A.

Sincere Regards,

John P. Cavanaugh Jr.

To the Sentencing Judge,

Your Honor,

I have known Andrew Cavanaugh for almost 16 years as many things. Initially, he was my first squad leader; leading me and 12 other Infantry Marines into one of the most dangerous areas in Iraq in 2006. Later, he became a friend and fellow Christian.

It was clear even before the first firefight that his decision-making, critical thinking, and resolve is above reproach and through all our conflicts in Iraq, that his honor, clarity of mind, and reliability is truly *the* example to emulate.  After that tour, he went on to be a Marine Security Guard at the embassies.  A task reserved for the best of the best.

Since his time in service, his leadership, initiative, and courage has endured and translated into civilian life through his entrepreneurial spirit, his wonderful children, and his faith in Jesus. His character is what the finest fighting force in the world would expect.

His firm foundation and settled life lend to a clear picture of his dedication to a code higher than himself.  He understands the rule of law, and while this incident is surely obvious, it's atypical and very much unlike Andrew.

I am certain that the total loss of his business, the public ridicule and embarrassment, and the obvious stress induced has been an adequate amount of punishment for this incident.  Your grace in his sentencing will not be in vain, and I'm sure you will never see him in a courtroom again.


Yours sincerely,


Dean Harshman